KC

**FILED**

FEB 2 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

KC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08CR 0148**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **JUDGE KENNELLY** |
| ) | |
| v. ) | Violations: Title 18, United States |
| ) | Code, Section 922(g)(1); Title 21, |
| STEVEN CROSS ) | United States Code, Section 844 |
| ) | |

<u>**COUNT ONE**</u>          **MAGISTRATE JUDGE BROWN**

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about July 6, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

STEVEN CROSS,

defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, a firearm, namely, a Fabrica D'Armas, Model 3, .22 caliber revolver, bearing the serial number 41426, which firearm was in and affecting commerce in that the firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about July 6, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

STEVEN CROSS,

defendant herein, knowingly and intentionally possessed a controlled substances, namely mixtures and substances containing marijuana, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 844.

## **FORFEITURE ALLEGATION**

The SPECIAL MARCH 2007 GRAND JURY further charges:

1.  The allegations of Count One of this Indictment are realleged and incorporated here by reference as if fully restated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.  As a result of his violation of Title 18, United States Code, Section 922(g)(1), as alleged in this Indictment,

STEVEN CROSS,

defendant herein, has subjected to forfeiture to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the following property and interests:

   a.  All property constituting, and derived from, and traceable to, proceeds obtained, directly or indirectly, as a result of the defendant's violation of Title 18, United States Code, Section 922(g)(1).

   b.  All property that is used to facilitate, and is intended to be used to facilitate the commission of the defendant's violation of Title 18, United States Code, 922(g)(1).

3. The interests of the defendant subject to forfeiture to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) include, but are not limited to, one Fabrica D'Armas, Model 3, .22 caliber revolver, bearing the serial number 41426 and two rounds of ammunition.

A TRUE BILL

_____
FOREPERSON

_____
UNITED STATES ATTORNEY