KC *Felony* KC

**FILED**

KC

FEB 20 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

**08CR 0148**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO X** YES ☐ If the answer is "Yes", list the case number and title of the earliest filed complaint:

**JUDGE KENNELLY**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   **NO X** YES ☐ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

**MAGISTRATE JUDGE BROWN**

3) Is this a re-filing of a previously dismissed indictment or information? **NO X** YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   **NO X** YES ☐ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District? **NO X** YES ☐

6) What level of offense is this indictment or information? **FELONY X** MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants? **NO X** YES ☐

8) Does this indictment or information include a conspiracy count? **NO X** YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide .......... (II) | ☐ Income Tax Fraud ..... (II) | ☐ DAPCA Controlled Substances (III) |
| ☐ Criminal Antitrust ..... (II) | ☐ Postal Fraud ........ (II) | ☐ Miscellaneous General Offenses (IV) |
| ☐ Bank robbery ........ (II) | ☐ Other Fraud ........ (III) | ☐ Immigration Laws ..... (IV) |
| ☐ Post Office Robbery .... (II) | ☐ Auto Theft .......... (IV) | ☐ Liquor, Internal Revenue Laws (IV) |
| ☐ Other Robbery ........ (II) | ☐ Transporting Forged Securities (III) | ☐ Food & Drug Laws ..... (IV) |
| ☐ Assault .......... (III) | ☐ Forgery ........... (III) | ☐ Motor Carrier Act ..... (IV) |
| ☐ Burglary .......... (IV) | ☐ Counterfeiting ....... (III) | ☐ Selective Service Act ... (IV) |
| ☐ Larceny and Theft ..... (IV) | ☐ Sex Offenses ........ (II) | ☐ Obscene Mail ........ (III) |
| ☐ Postal Embezzlement ..... (IV) | ☐ DAPCA Marijuana ..... (III) | x Other Federal Statutes ... (III) |
| ☐ Other Embezzlement ..... (III) | ☐ DAPCA Narcotics ..... (III) | ☐ Transfer of Probation Jurisdiction (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    ...... 18 USC 922(g)(1)
    ...... 21 USC 844

Halley Guren
Assistant United States Attorney

(Revised 12/99)