## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 148 | **DATE** | 3/7/2008 |
| **CASE TITLE** | USA vs. Steven Cross | | |

**DOCKET ENTRY TEXT**

This matter having been referred to Magistrate Judge Geraldine Soat Brown for a detention hearing. Detention hearing set for 03/12/08 at 11:00 a.m.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | NTF |
|---|---|---|

Case 1:08-cr-00148     Document 4     Filed 03/07/2008     Page 1 of 1

08CR148 USA vs. Steven Cross                              Page 1 of 1