# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 148 | **DATE** | 3/12/2008 |
| **CASE TITLE** | USA vs. Steven Cross | | |

**DOCKET ENTRY TEXT**

Detention hearing held and continued to 03/18/08 at 3:30 p.m. The court finds defendant unable to afford counsel. James Tunick of the Federal Defender Panel is appointed as counsel for defendant. Defendant shall remain in custody pending the detention hearing.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:05

| | Courtroom Deputy Initials: | NTF |
|---|---|---|