# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 148 | **DATE** | 3/7/2008 |
| **CASE TITLE** | USA vs. Steven Cross | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters a plea of not guilty to all counts of the indictment. James Tunic is appointed as counsel for defendant for arraignment and detentions hearing purposes only. Case to be referred to Magistrate Judge Brown for detention hearing proceedings. Status hearing set to 3/26/2008 at 1:30 PM. Ordered time excluded pursuant to 18 U.S.C. 3161(h)(1)(F). (X-E)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|