# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 148 | **DATE** | 3/18/2008 |
| **CASE TITLE** | USA vs. Steven Cross | | |

**DOCKET ENTRY TEXT**

Detention hearing held. For the reasons stated on the record, government's oral motion for detention of defendant is granted. Defendant shall remain in custody pending trial or until further order of the court. Government's draft order setting out the court's findings shall be submitted to defendant's counsel by 03/24/08. Defendant's counsel shall review and submit any changes by 03/26/08. All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned judge.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:30

| | Courtroom Deputy Initials: | NTF |
|---|---|---|