# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 148 | **DATE** | 3/26/2008 |
| **CASE TITLE** | USA vs. Steven Cross | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 7/15/2008 at 1:30 PM.   16.1 conference is to be held by 3/31/2008.   Pre-trial motions due by 4/30/2008.    Response to motions due 5/30/2008, and reply brief by 6/13/2008.   Jury trial set to 9/8/2008 at 9:45 AM.   Ordered time excluded  pursuant to 18 U.S.C. 3161(h)(1)(F). (X-E)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|

Case 1:08-cr-00148    Document 12    Filed 03/26/2008    Page 1 of 1

08CR148 USA vs. Steven Cross    Page 1 of  1