UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  08 CR 00148 |
| | ) | |
| STEVEN CROSS, | ) | Judge Matthew Kennelly |
| | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO FILE SUBSTITUTE APPEARANCE

**NOW COMES** Steven A. Greenberg, on both his behalf and the Defendant's, requesting that this Court grant to him leave to file a Substitute Appearance as counsel of record in this proceeding. In support of this request counsel states the following:

1. Defendant is presently represented by attorney James Tunick, who has been appointed as his counsel.

2. Defendant has retained attorney Steven A. Greenberg to act on his behalf.

**WHEREFORE** Defendant respectfully requests that this Honorable Court grant attorney Greenberg leave to substitute as counsel of record, and for such further relief as this Court deems just.

Respectfully Submitted,

*s/Steven A. Greenberg*
**Attorney for Defendant**

STEVEN A. GREENBERG
820 W. JACKSON, SUITE 310
CHICAGO, ILLINOIS  60607
(312) 879-9500