UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|         Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 08 CR 00148 |
| | ) |
| STEVEN CROSS, | ) Judge Matthew Kennelly |
|         Defendant. | ) |

## NOTICE OF MOTION

**YOU ARE HEREBY NOTIFIED** that on April 30, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Kennelly or any Judge sitting in his stead in courtroom 2103 or in the courtroom usually occupied by him at the United States Courthouse, 219 S. Dearborn, Chicago, Illinois, and then and there present the Motion for Leave to File Substitute Appearance.

                                                    *s/Steven A. Greenberg*
                                                    **Attorney for Defendant**

## CERTIFICATE OF SERVICE

The undersigned Attorney hereby certifies that in accordance with FED.R.CIV.P.5, and the General Order on Electronic Case Filing (ECF), the following document:

*Motion for Leave to File Substitute Appearance*

was served pursuant to the district court's ECF system as to ECF filers on DATE: April 17, 2008 to the following:

      Ms. Halley Beth Guren, Assistant U.S. Attorney
      Halley.Guren@usdoj.gov

                                      By: *s/Steven A. Greenberg*
                                              **Attorney for Defendant**

**STEVEN A. GREENBERG**
**820 W. JACKSON, SUITE 310**
**CHICAGO, ILLINOIS 60607**
**(312) 879-9500**