## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 148 | **DATE** | 4/30/2008 |
| **CASE TITLE** | USA vs. Steven Cross | | |

**DOCKET ENTRY TEXT**

Hearing held on motion by Steven Greenberg to substitute for James Tunic as counsel for defendant. Motion is granted. Deadline for filing defense motions is extended to 5/30/08. Response to motion due 6/20/08; reply brief due 7/2/08. Status hearing previously set to 7/15/2008 at 9:30 AM., to stand.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|