*[signature]*

**Mr. Hamilton Beal**

**ATF Chicago**

Cross, Steven Porter

911 Tape

Case No.772010-07-0034

July 6, 2007

15:10 hours and 15 seconds

C: ~~Cepedia~~ (Cpd) 911 telephone worker

OP: Officer Porter

SP: State police officer Morrison on telephone assisting in 911 call.

C-1: First telephone coordinator for 911 telephone calls

C-2: Second telephone coordinator for 911 telephone calls

C-3: Third telephone coordinator for 911 telephone calls

CM: First male coordinator for 9ll telephone calls

CM-2: Second male coordinator for 911 telephone calls.

CM-3: Third male coordinator for 911 telephone calls

1

C: Hello, this is ~~Cepedia~~ CPD this is 911.

OP: Hold on. Um, wait, license plate--

C: Your phone's working, you are where?

OP: I'm on the expressway on the Dan Ryan getting' ready to get on the Eden's.

C: Uh huh.

OP: He pointed a revolver at me. His license number is George, 126722. It's a black four door Taurus.

C: Okay, hold on, I'll connect you.

SP: State Police Chicago, Morrison.

OP: Yeah, how you doin'? I'm a Chicago Police Officer, I'm on the, ah getting ready to get on the Stevenson Express 290 West, it's and a male black just pointed a revolver at me. License plate Number is George 126722. It's a black Ford Taurus.

SP: And why would he do something like that sir?

OP: I have no idea.

SP: You have no idea. You just—

OP: No, I have no idea. The dude just rolled up on me and pointed the gun at me.

SP: And what's your location then sir?

OP: We're getting' on the Eden's.

2

SP: Okay you just gave me like three different things. You said Stevenson—

OP: I thought it was Stevenson.

SP: — and now I see it's not. Then you said 290.

OP: 290 West. I'm at ~~Addison~~ Ashland and Paullina. right now.

SP: One moment. Hold on sir. Are you still on the expressway?

OP: Yeah, and there's a State trooper right in front of me, I'm gonna try to catch ~~it.~~ him

SP: Alright. Now what's your location now sir?

OP: Um, we're comin' up on Damon Avenue.

SP: Goin' West?

OP: Yeah.

SP: Describe the vehicle please.

OP: It's a black Ford Taurus.

SP: Can you see the plate?

OP: Yeah the plate I gave you. Its George— hold on. I probably laid it down it's stupid.

C: Chicago Police ~~is~~ still on the line, he give me G as in George, 126722.

OP: He got a gun! He got a gun! I'm a police Officer! He got a gun! In the Taurus! The black Taurus! Hello?

SP: Yes.

OP: Yeah, I got a trooper with me with right now.

SP: Okay, what's that Troopers plate number?

3

OP:   C149.

SP:   Okay. Stay on the line.

OP    We're comin' up on California Avenue.

C:    You goin' on the inbound or outbound?

OP:   Westbound.

C:    What's your star number and your name?

OP:   My name is Officer Porter, my Star Number is 18680.

C:    18680?

OP:   Yes.

OP:   We're comin' up on Independence.

SP:   Okay, is that trooper, is the trooper with you?

OP:   Yeah, the trooper got his lights activated. He hasn't pulled, he hasn't pulled over yet.

SP:   Is he, is he, ~~Cepedia~~ *CPD* are you on the line? Yes, I just need to talk to my supervisor. Now are you off duty or on duty?

OP:   No, I'm off duty. No I'm off duty. I umm...

SP:   CPD Send some of your officers over there would you.

C:    I am, I am.

OP:   We're comin' past—we're coming up on Independence. He hasn't pulled over yet. I can give you a description. He's a male, black, medium—

4

SP:    Is he runnin' or something?

OP:    No, no, no, I told you, he pulled right up next to me.

SP:    Okay well then let's just deal with this then until the trooper get's him pulled over. CPD are you still on the line?

C:     Hey Porter, I need your phone number too. What's your cell phone?

OP:    My number is de-activated right now. I think it just calls 911.

C:     So you're telling me your phone is out of order, it only dials 911.

OP:    Yes.

SP:    Okay do you have other officers going over there?

C:     I—I'm talking to the supervisor at the center board, it's C O. They are notifying the zone now.

OP:    We're comin' up on Costner. They still haven't pulled over yet.

SP:    Uh, it's more than one person in the car.

OP:    Yes, he has a female in there with him.

SP:    Alright, hold on.

C:     So now, you're at Costner at 4300 West.

OP:    Yes. We're coming up on that after half a mile.

C:     What king of a car are you in?

OP:    I'm in a black ford—I'm in a black ford thunderbird, a 1990. He still hasn't pulled over yet, the po--state trooper is right behind us.

C:     Can't let this-- these things be, uh uh.

SP:    Hey, you know what? It's, I don't understand it. It's, usually CPD is

           like right there with like twelve million cars, I don't understand what the big deal is now that they can't get there.

C: Well they have units dispatch, I just called and and I'm in line to talk to the supervisor, who's really on his own.
Where are you at now, are you traveling westbound?

OP: Yeah, we're still traveling Westbound, he still hasn't pulled over yet.

C: The troopers still behind you?

OP: Yes. We're comin' up on Costner Avenue. Did I give you—I gave you the license plate number right?

C: Right.

OP: Okay.

SP: I need one of them phones; I need one of these phones here.

C: It's a male driver and a female passenger.

OP: Yeah, right. medium complected, short hair has a light beard.

C: Uh huh. You said medium complection.

SP: What's your location?

OP: We're at the ~~coffee~~ Costner avenue ~~after~~ exit Twenty-Five but he's still over in the far left hand lane and the trooper's still behind him. He hasn't pulled over yet.

C: He has a low haircut?

OP: Yeah, low haircut.

SP: Put that person on hold. Yeah. Call down to Isbern and put this-- ask them if they have this on Isbern. This is an unlawful use of weapon. One forty-nine has a call on the Eisenhower we're trying to stop him the gun has a gun in there. Tell him to put it, put it out.

C: Yeah, soon as we sign that um, that paper leave?

SP: Yes.

C: Yes, we in line, we ~~in line to send them out~~ have 1212 in route. They've been dispatched already.

SP: Okay at twelve?

C: Twelve twelve and twelve ninety is shown.

SP: Okay, isn't that the twelfth ~~issue~~ isn't that district?

C: Well, we started at twelve because he was at Damon; since he's going into eleven now it's almost switched on its own.

SP: Yeah, it's that's eleven and almost fifteen so, I don't know, twelve twelve, and twelve ninety, he gotta go a long way.

C: Right, I mean it started at' twelve when I sent it to dispatch and as it switch I'm just updating as he goes. Have you passed Carson, yet sir?

SP: Oh yes, we're going past Carson.

C: Where you at now?

OP: Uh, we seem to be coming up on Leroy.

SP: Naw, you got—

OP: No, no, sorry, I got—

7

SP: Seems it may be Leremy?

OP: I think Leremy be the next exit. Seems we have traffic. Traffic will stop for about a minute, and he still didn't pull over.

SP: Now how 'bout-- CP, ya'll don't have it out on ya'll city wise?

C: I don't know, I'm just a call taker; I'm not on the city wise side. Hold on.

OP: We're comin' up on the Leremy Avenue.

SP: What's goin' on sir?

OP: Well he still hasn't pulled over yet. We're comin' up on Leremy Avenue.

SP: Okay.

OP: Traffic is movin' about maybe ten or fifteen miles an hour. But he's not pullin' over. There's some sirens. Here they come. Here comes CPD.

SP: Don't take no more calls until we get this straight.

OP: Forty-four sixteen is on the scene.

C: 4416?

SP: Is he stopped? Sir, is he stopped?

OP: Yeah they got him stopped, the got him stopped, they got they guns out.

SP: Just let it ring, I don't give a fuck; 'till we get this straight. Sir are you there?

OP: Yeah, I'm here with 'em. They're getting' them out of the car. They getting' them out of the car, they got em' they got em --

8

SP: I just need to know when he and that exact girl is handcuffed. I need to know that.

OP: They got the girl in handcuffs; they got him on the ground.

SP: And where you at right now?

OP: I am behind them; I'm about forty, thirty feet behind them.

SP: They got more units.

OP: Yeah.

SP: Okay, is the guy handcuffed? Who's workin' out there besides one forty-nine? Okay we good here. Yeah.

OP: Yeah, they got several units obviously; they got 'em on the floor in handcuffs.

SP: Okay, both people are in handcuffs.

OP: Yeah.

SP: Okay.

C: Okay, so had you approached them to let them know you are an officer and that—

OP: I haven't approached, I haven't approached them yet, they told me to stay back so I'm stayin' back.

C: Oh, okay.

SP: Okay, well this should be handled my guys are there, okay?

C: Alright.

SP: Alright.

Date: July 6, 2007

Time: 15:14 hours and 56 seconds

C-1: Alright it's a 12 then, it says P O. it says 2000 West of the Eisenhower. They are now at California. A person pointed a gun at the off duty P O looks like CPD. Lookin' for a black ford, let's see. Black four door Taurus. George 126722. It says P O. 12-12.

C-2: Okay, I'll take it.

C-1: 12-22.

C-M: 12-22.

C-1: The response to it says P O; it says 2000 at the Eisenhower, now at California. Lookin for a black four door Taurus, plate George 126722. A person pointed a gun at the off duty P O. You know I gotta figure out where they're at. It says now at Costner, Independence.

MC-3: Try to let 15 know as well.

C-2: Ten-four. 290?

C-M: Yes the P O is now on Costner and apparently is heading West on the expressway due to the State police sayin' there's too many cars.

C-2: Alright, responding to that CPO, could you disregard we're sending it over to 15, disregard that CPO, 12-12 copy.

11

C-1: Copy.

C-1: And 12-22, or 20.

C-M: 22, 10-4, or 22, yeah, 10-4.

CM2: (Unintelligible).

C-1: Now 1-4.

CM-1: Yeah. Do you have a call back with a better location for our guy?

C-1: 10-4 we'll call him back.

(Unrelated conversation)

C-1: Where's that, you know where it's at?

CM-1: Okay, I'm gonna go in and get an SS number for there to be a tow calling, I gotta go in to go in and make a—to complete this paper – make some notification to the Bolingbrook Police Department. They'll probably give me all the information, okay.

C-1: 10-4.

CM-1: Correction on the address squad. It's 3253 South Ponneal.

CM-3: 3253?

C-1: 3253. 10-4. Can I have 5-3.

CM-3: Yes ma'am this is something that happened on the expressway. Cause, a state trooper needs to be notified.

C-1: Oh, okay we'll let 'em know.

CM-3: CP is makin' the removal of that (unintelligible) too.

C-1: Okay 10-4 but the offender is still on the scene there?

CM-3: Negative.

C-1: Alright, the offender is gone. Alright, um…so, they need to go to the hospital, then right?

CM-3: 10-4.

C-1: Can you ask the ambulance where they're goin'?

CM-3: They said that they're workin' on it the ambulance wanted to wait.

C-1: Oh, no I don't want you to wait, just ask the ambulance. where they're going so we can let State know.

CM-3: They don't know where they're goin'.

C-1: Oh, alright, so they're still on the scene, 10-4.

(Unrelated conversations).