UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 08 CR 00148 |
| | ) |
| STEVEN CROSS, | ) Judge Matthew Kennelly |
| Defendant. | ) |

**NOTICE OF FILING**

To:  **Ms. Halley Beth Guren, Assistant U.S. Attorney**
Halley.Guren@usdoj.gov

**PLEASE TAKE NOTICE**, that on July 2, 2008, I will cause to be filed with the Clerk's Office, U.S. District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, IL 60604 this Notice of Filing and Motion.

*s/Steven A. Greenberg*
**Attorney for Defendant**

**PROOF OF SERVICE**

I, Steven A. Greenberg, certify that on July 2, 2008, I served this Notice of Filing and Motion to the above-named party *via Electronic Filing,* from 820 W. Jackson Blvd., Suite 310, Chicago, Illinois.

*s/Steven A. Greenberg*
**Attorney for Defendant**

**STEVEN A. GREENBERG**
**820 W. JACKSON, SUITE 310**
**CHICAGO, ILLINOIS 60607**
**(312) 879-9500**