# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                           Case No.: 1:08−cr−00148
                                             Honorable Matthew F. Kennelly

Steven Cross
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

   MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing set for 7/15/2008 is vacated and reset to 7/21/2008 at 09:30 AM. Ordered time excluded from 7/15/2008 through 7/21/2008 pursuant to 18 U.S.C. 3161(h)(1)(F). (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.