## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 148 | **DATE** | 7/21/2008 |
| **CASE TITLE** | USA vs. Steven Cross | | |

**DOCKET ENTRY TEXT**

Motion to suppress or quash is denied for the reasons stated in open court. . Pretrial conference set for 9/3/08 at 4:00 PM. Status hearing set for 8/14/08 at 1:30 PM. Ordered time excluded from 7/21/2008 through 9/3/2008, in the interest of justice, pursuant to 18 U.S.C. 3161(h)(8)(I). (X-T1)

■[ For further details see text below.]     Docketing to mail notices.

00:10

### STATEMENT

Motions in limine, and government's proposed voir dire questions, statement of the case to read to the jury venire, list of witnesses, and jury instructions, are to be filed by 8/25/08 . Responses to motions in limine, and defendants' proposed voir dire questions, statement of the case, list of witnesses, and jury instructions, are to be filed by 9/2/08

| | Courtroom Deputy Initials: | OR |
|---|---|---|