## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 148 | **DATE** | 8/14/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. STEVEN CROSS | | |

**DOCKET ENTRY TEXT**

Defendant withdraws plea of not guilty and enters a plea of guilty as to Count 1 of the indictment. Enter finding of guilty. Case referred to the Probation Office for the preparation of a presentence investigation report. Sentencing set for October 16, 2008. Pretrial conference date of 9/3/2008 is vacated. Jury trial date of 9/8/2008 is vacated.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | OR |
|---|---|---|